UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**BONNIE JEAN WISENBURG**,   CASE NUMBER: **3:08-bk-07480-JAF**
                             CHAPTER 7

Debtors.
_____

**AARON R. COHEN, Trustee of the Estate of Bonnie Jean Wisenburg**,

Plaintiff,

vs.                          ADVERSARY NO.

**MARCUS OVERCAST,**

Defendant.
_____

**COMPLAINT**

The Plaintiff, **AARON R. COHEN, Trustee of the Estate of Bonnie Jean Wiseburg**, by and through his undersigned attorney, hereby files this adversary complaint for damages against the Defendant, **MARCUS OVERCAST** (*hereinafter referred to as "Defendant")*, and as grounds would show the Court as follows:

1.  The Court has jurisdiction over this action and the parties by virtue of 28 U.S.C. 1334 and 157 and this is a core matter.

2.  This is an adversary proceeding, pursuant to Rule 7001(1), Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §542(b), to recover property of the bankruptcy estate.

3.  On November 26, 2008, the Debtor, **BONNIE JEAN WISENBURG**, filed a voluntary Petition for Relief under Chapter 7 Under Title 11, United States Code.

4.  The Plaintiff, **AARON R. COHEN**, is the duly appointed Chapter 7 Trustee for the bankruptcy estate.

5.  On January 28, 2008, the Defendant, **MARCUS OVERCAST**, executed a Promissory Note-Guaranty for the sum of $24,200.00, agreeing to repay said sum at 6% interest per year, at the rate of $500.00 per month. The Plaintiff, **AARON R. COHEN, Trustee of the Estate of Bonnie Jean Wisenburg**, is the

owner and holder of the Note by virtue of the Promissory Note-Guaranty being an asset of **Bonnie Jean Wisenburg's** bankruptcy case.

6. The Defendant failed to make any payments under the Promissory Note-Guaranty and the full amount remains due and owing.

7. As of March 31, 2011, Defendant owes the Plaintiff, the principal sum of $24,200.00, plus interest of $4,606.62, which is calculated at the per diem rate of $3.97808219 per day.

8. Plaintiff has made demand, yet Defendant has failed to remit same.

9. Plaintiff has performed all conditions precedent necessary to the bringing of this action.

10. By the Defendant's failure to make payment when due, the Defendant is in default of the Promissory Note-Guaranty.

11. Plaintiff is obligated to pay his attorney a reasonable fee for the bringing of this action and the Defendant shall be liable for same based on the terms of the Promissory Note-Guaranty.

**WHEREFORE,** Plaintiff, **AARON R. COHEN, Trustee of the Estate of Bonnie Jean Wisenburg**, respectfully requests this Court to enter a Judgment against the Defendant, **MARCUS OVERCAST**, in the principal amount of $24,200.00, together with interest, court costs and any other relief deemed equitable by this Court.

DATED this 31st day of March, 2011.

ROLFE & LOBELLO, P.A.

/s/ Thomas Lobello, III
_____
THOMAS LOBELLO, III, ESQUIRE
Fla. Bar No.: 603023
Post Office Box 40546
Jacksonville, Florida 32203
(904) 358-1666
(904) 356-0516 (Telefax)
Attorney for Trustee