UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**BONNIE JEAN WISENBURG**,   CASE NUMBER: **3:08-bk-07480-JAF**
                              CHAPTER 7
　　　　Debtors.
_____
**AARON R. COHEN, Trustee of the Estate of Bonnie Jean Wisenburg**,

　　　　Plaintiff,
vs.                          ADVERSARY NO**. 3:11-ap-00145-JAF**

**MARCUS OVERCAST,**

　　　　Defendant.
_____

### PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES

　　The Plaintiff, **AARON R. COHEN, Trustee of the Estate of Bonnie Jean Wiseburg**, by and through his undersigned attorney, hereby responds to the Defendant's Affirmative Defenses by denying same and demanding strict proof thereof.

　　**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Robert Bernard, Attorney for Defendant, 5211 South Fletcher Avenue, Suite 205, Amelia Island, Florida 32034, by U.S. Mail, this 15th day of June, 2011.

　　　　　　　　　　　　　　　　　　ROLFE & LOBELLO, PA

　　　　　　　　　　　　　　　　　　/s/ Thomas Lobello, III
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THOMAS LOBELLO, III, ESQUIRE
　　　　　　　　　　　　　　　　　　Fla. Bar No.: 603023
　　　　　　　　　　　　　　　　　　Post Office Box 40546
　　　　　　　　　　　　　　　　　　Jacksonville, Florida 32203
　　　　　　　　　　　　　　　　　　(904) 358-1666
　　　　　　　　　　　　　　　　　　(904) 356-0516 (Telefax)
　　　　　　　　　　　　　　　　　　Attorney for Defendant